```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT FOR THE

 9                       EASTERN DISTRICT OF CALIFORNIA

10

11  MAI LEE,                         )    1:04-cv-06189 SMS
                                     )
12              Plaintiff,           )
                                     )    STIPULATION AND ORDER
13        v.                         )    FOR REMAND PURSUANT TO
                                     )    SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,             )    § 405(g), and
    Commissioner of Social           )
15  Security,                        )    REQUEST FOR ENTRY OF JUDGMENT
                                     )
16              Defendant.           )
    _____)
17
```

18    IT IS HEREBY STIPULATED, by and between the parties, through

19 their respective counsel of record, that this action be remanded

20 to the Commissioner of Social Security for further administrative

21 action pursuant to section 205(g) of the Social Security Act, as

22 amended, 42 U.S.C. § 405(g), sentence four.

23    On remand, the Appeals Council will direct an Administrative

24 Law Judge to evaluate the treating source opinion of Dr. Paranyo

25 pursuant to Social Security Rulings 96-2p and 96-5p.

26 ///

27 ///

28 ///

In addition, plaintiff's subsequent SSI claim filed on August 26, 2004, will be consolidated with the instant claim on remand.

Respectfully submitted,

Dated: May 9, 2005         /s/ Gina M. Fazio
                           (as authorized by facsimile)
                           GINA M. FAZIO
                           Attorney for Plaintiff

Dated: May 11, 2005        McGREGOR W. SCOTT
                           United States Attorney

                           /s/ Kristi C. Kapetan
                           KRISTI C. KAPETAN
                           Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 26, 2005**              **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE